1

2

3

4

5

6

7

8                                UNITED STATES DISTRICT COURT

9                               EASTERN DISTRICT OF CALIFORNIA

10

11    JOHNNY LEE BRIGGS,                          No.  1:17-cv-01497-LJO-JLT (HC)

12                    Petitioner,                **FINDINGS AND RECOMMENDATION
                                                 TO DISMISS ACTION**
13          v.
                                                 **[10-DAY DEADLINE]**
14
      D. BAUGHMAN, Warden, et al.,
15
                    Respondents.
16

17

18          On November 9, 2017, the Court issued an order dismissing the petition for failure to

19   present any cognizable grounds for relief.  The Court granted Petitioner leave to file a First

20   Amended Petition.  The allotted thirty days passed and he failed to do so.  Petitioner was

21   forewarned that failure to comply would result in dismissal of the action.

22          Accordingly, the Court hereby RECOMMENDS that the petition be DISMISSED for

23   failure to state a claim.

24          This Findings and Recommendation is submitted to the United States District Court Judge

25   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636 (b)(1)(B) and Rule 304 of the

26   Local Rules of Practice for the United States District Court, Eastern District of California.  Within

27   ten days after being served with a copy of this Findings and Recommendation, Petitioner may file

28   written objections with the Court.  Such a document should be captioned "Objections to

                                                    1

Magistrate Judge's Findings and Recommendation."  The Court will then review the Magistrate

Judge's ruling pursuant to 28 U.S.C. § 636 (b)(1)(C).  Petitioner is advised that failure to file

objections  within the specified time may waive the right to appeal the Order of the District Court.

Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

    Dated:   __**December 19, 2017**__           __**/s/ Jennifer L. Thurston**__
                                                  UNITED STATES MAGISTRATE JUDGE